JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, West, Inc., Tahtahionian Pictures, Inc. f/s/o Philip De Blasi and Tano Mano Films f/s/o Byron Willinger,<br><br>            Petitioners,<br>vs.<br><br>Machine Made Productions, LLC and Harrison Kordestani,<br><br>            Respondents.<br>_____ | Case No. CV 09-1079 CAS (JTLx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

In accordance with the Court's May 29, 2009 Order, judgment is entered in favor of petitioners Writers Guild of America, West, Inc., Tahtahionian Pictures, Inc. f/s/o Philip De Blasi and Tano Mano Films f/s/o Byron Willinger.

IT IS SO ORDERED

Dated: May 29, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE